UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:18-cv-00734-CJC (SK) | Date | June 25, 2018 |
|---|---|---|---|
| Title | Hilario Guevara v. Brittany Brady, et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Connie Lee | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff, a prisoner proceeding pro se and in forma pauperis, constructively filed the Complaint under 42 U.S.C. § 1983, alleging that he was harmed by Defendants' alleged deliberate medical indifference. (ECF No. 1). On April 27, 2018, pursuant 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c), the Court screened the Complaint and ordered it dismissed with leave to amend for failure to state a claim upon which relief may be granted. (ECF No. 6). The Court's Screening Order required Plaintiff to submit a First Amended Complaint ("FAC") on or before May 28, 2018. (*Id.*). As of the date of this Order, Plaintiff has not filed a FAC or any other document indicating his intent to prosecute this action.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE **on or before July 25, 2018** why this case should not be dismissed for failure to prosecute and/or obey court orders. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.,* 370 U.S. 626, 629–30 (1962); *Pagtalunan v. Galaza,* 291 F.3d 639, 642 (9th Cir. 2002). Plaintiff may discharge this Order to Show Cause by filing a FAC consistent with the Court's April 27, 2018 Screening Order. The FAC should be filed using the attached Central District Civil Rights Complaint Form (CV-066), be complete in itself without reference to any prior pleadings, and bear the designation "First Amended Complaint" along with the case number in this action. **Failure to timely comply with this Order will result in this action being dismissed involuntarily.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1. **But Plaintiff is not required to file a FAC, especially since a complaint dismissed for failure to state a claim without leave to amend may count as a strike under 28 U.S.C. § 1915(g). Instead, Plaintiff may request voluntary dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a) using the attached Notice of Voluntary Dismissal form (CV-09).**