JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO GUEVARA,<br><br>            Plaintiff,<br><br>     v.<br><br>CHARLES CALLAHAN, et al.,<br><br>            Defendants. | CASE NO. 5:18-cv-00734-CJC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that this action be dismissed without prejudice.

DATED: August 7, 2018

_____
HON. CORMAC J. CARNEY
U.S. DISTRICT JUDGE